358 A.2d 62

Delmas, et ux. v. Mitchell, Appellant.

Argued April 14, 1976.

Thomas G. Michalek, with him John G. Koedel, for appellant; Richard G. Kotarba, with him Robert Mauro, for appellees.

Judgment affirmed.

PRICE, J., absent.

358 A.2d 88

Drogowski v. Drogowski, Appellant.

Argued April 13, 1976. John R. Anderson, with him Raphael, Sheinberg & Barmen, for appellant; Margie Hammer, with her Marvin J. Apple, for appellee.

Order affirmed.